AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Pregerson, Dean D. | **2. Court or Organization**<br><br>Central District of California | **3. Date of Report**<br><br>05/07/2019 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | **5a. Report Type** (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |
| **7. Chambers or Office Address**<br><br>312 N. Spring Street<br>Los Angeles, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate, Pacific Palisades, CA | G | Rent | P1 | W | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. Schwab Money Market (SWFXX) (cash) | A | Int./Div. | J | T | | | | | |
| 4. MICROSOFT CORP (MSFT) | D | Dividend | O | T | | | | | |
| 5. Metlife Ins Co of Connecticut Annuity (variable) (H) (Y) | | | | | | | | | |
| 6. Pimco Total Return (Y) | | | | | | | | | |
| 7. Pioneer Strat Income (Y) | | | | | | | | | |
| 8. Met Eaton Floating (Y) | | | | | | | | | |
| 9. MFS Emerging Markets (Y) | | | | | | | | | |
| 10. Amer Funds Growth (Y) | | | | | | | | | |
| 11. Harris Oakmark Intnl (Y) | | | | | | | | | |
| 12. Met Intnl SM Company (Y) | | | | | | | | | |
| 13. Brock Bond Income (Y) | | | | | | | | | |
| 14. Neub Berman Genesis (Y) | | | | | | | | | |
| 15. MFSValue Portfolio A (Y) | | | | | | | | | |
| 16. LMIS Say SMCap Core (Y) | | | | | | | | | |
| 17. Clarion Global Real (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 (H) | | | | | | | | | |
| 19. Schwab Money Market (SWGXX) | A | Int./Div. | K | T | | | | | |
| 20. DoubleLine Total Return Bond I (DBLTX) | C | Int./Div. | L | T | Buy (add'l) | 01/12/18 | K | | |
| 21. GUGGENHEIM MACRO OPPTY GUGGENHEIM MACRO OPPTY (GIOIX) | A | Dividend | | | Buy (add'l) | 01/12/18 | K | | |
| 22. | | | | | Sold | 02/14/18 | L | | |
| 23. ROBINSON TAX ADVANTAGED (ROBNX) | C | Dividend | L | T | Buy | 02/15/18 | L | | |
| 24. Riverpark Short Term Hi Yield (RPHIX) | B | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 25. Stone Ridge ALT Lending (LENDX) | D | Dividend | L | T | Buy (add'l) | 02/01/18 | J | | |
| 26. VOYA Securitized Credit (VCFIX) | C | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 27. Doubleline Strategic Commodity Fd I (DBCMX) | A | Dividend | K | T | Buy | 07/18/18 | K | | |
| 28. ELEMENTS EMERGING MARKETS PORT (ELMMX) | B | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 29. ELEMENTS INTERNATIONAL PORT: (ELINX) | C | Dividend | M | T | Sold (part) | 01/12/18 | J | | |
| 30. ELEMENTS INTERNATIONAL SMALL CAP PORT: (ELISX) | A | Dividend | K | T | Sold (part) | 01/12/18 | J | | |
| 31. ELEMENTS US PORT: (ELUSX) | D | Dividend | N | T | Sold (part) | 01/12/18 | L | | |
| 32. ELEMENTS US SMALL CAP: (ELSMX) | A | Dividend | L | T | Sold (part) | 01/12/18 | J | | |
| 33. Glenmede Secured Options Inst. (GLSOX) | B | Dividend | L | T | Buy (add'l) | 01/12/18 | K | | |
| 34. Goldman Sachs MLP Energy (GMLPX) | C | Dividend | L | T | Buy | 05/23/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stoneridge All Asset Risk Premium (AVRPX) | | None | L | T | Buy (add'l) | 02/01/18 | J | | |
| 36. | | | | | Sold (part) | 07/13/18 | K | | |
| 37. StoneRidge Reinsurance Risk Premium Fd (SRRIX) | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 38. | | | | | Sold (part) | 05/18/18 | L | | |
| 39. IRA #2 (H) | | | | | | | | | |
| 40. Schwab Govt Money Fund (SWGXX) (X) | A | Int./Div. | J | T | | | | | |
| 41. Angel Oak Multi-Strategy Fund (ANGIX) | A | Dividend | | | Sold | 01/12/18 | J | | |
| 42. Double Line Total Return Bond (DBLTX) | A | Dividend | J | T | | | | | |
| 43. ROBINSON TAX ADVANTAGED (ROBNX) | A | Dividend | J | T | Buy | 02/15/18 | J | | |
| 44. STONE RIDGE ALT LENDING (LENDX) | A | Dividend | J | T | Buy | 02/01/18 | J | | |
| 45. VOYA SECURITIZED CREDIT (VCFIX) | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 46. DOUBLELINE STRATEGIC (DBCMX) | A | Dividend | J | T | Buy | 07/18/18 | J | | |
| 47. GUGGENHEIM MACRO OPPTY INST (GIOIX) | A | Dividend | | | Sold | 02/14/18 | J | | |
| 48. PIMCO Total Return Fund (PTTRX) | A | Dividend | | | Sold | 01/12/18 | J | | |
| 49. AMG Yacktman Fund (YACKX) | | None | | | Sold | 01/12/18 | J | | |
| 50. DRIEHAUS FRONTIER EMRG MKTS FD (DRFRX) | A | Dividend | J | T | | | | | |
| 51. ELEMENTS INTERNATIONAL PORT: (ELINX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ELEMENTS US PORT: (ELUSX) | A | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 53. ELEMENTS US SMALL CAP: (ELSMX) | A | Dividend | J | T | Sold (part) | 01/12/18 | J | | |
| 54. GLENMEDE SECURED OPTIONS (GLSOX) | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 55. GOLDMAN SACHS MLP ENERGY (GMLPX) | A | Dividend | J | T | Buy | 05/23/18 | J | | |
| 56. Oakmark International Sm Cap Fd (OAKEX) | A | Dividend | J | T | | | | | |
| 57. Stoneridge All Asset (AVRPX) | | None | J | T | Sold (part) | 07/18/18 | J | | |
| 58. Stoneridge Reinsurance Risk Premium Fund (SRRIX) | | None | | | Sold | 05/18/18 | J | | |
| 59. Trust #1 (H) | | | | | | | | | |
| 60. IShares Russell 2000 (IWM) | B | Dividend | M | T | | | | | |
| 61. Vanguard Growth (VUG) | B | Dividend | M | T | | | | | |
| 62. XTRACKERS MSCI EURPE HDGD EQY ETF (DBEU) | C | Dividend | M | T | | | | | |
| 63. ANGEL OAK MULTI STRATEGY INCM FD INSTL (ANGIX) | D | Dividend | M | T | Buy (add'l) | 06/25/18 | J | | |
| 64. Doubleline Total Return (DBLTX) | B | Dividend | | | Sold | 05/30/18 | M | | |
| 65. EATON VANCE FLOATING RATE & HIGH INC I (EIFHX) | D | Dividend | M | T | | | | | |
| 66. Osterweis Strategic Income Fund (OSTIX) | B | Dividend | M | T | Buy | 06/25/18 | M | | |
| 67. VANGUARD SHORT TERM TAX EXEMPT ADMIRAL SHARE (VWSUX) | C | Dividend | N | T | Buy (add'l) | 06/25/18 | K | | |
| 68. ARIEL INTL FD INST (AINIX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Matthews Asia Dividend (MIPIX) | D | Dividend | M | T | | | | | |
| 70. Vanguard Mid Cap Value Index (VMVAX) | D | Dividend | M | T | | | | | |
| 71. Vanguard 500 Index Fund (VFIAX) | D | Dividend | N | T | | | | | |
| 72. WCM Focused Int'l Growth Fund (WCMIX) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean D. Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544